

# EXHIBIT 2



## KOZYAK · TROPIN
## THROCKMORTON
### ATTORNEYS AT LAW

Kenneth R. Hartmann, Esq.
krh@kttlaw.com | 305.377.0657

May 2, 2012

**VIA E-MAIL AND FACSIMILE**

Ms. Victoria Orlowski
Counsel
Secretariat of the ICC International Court of Arbitration
38 cours Albert 1 er
75008 Paris, France

    **Re:**    18610/VRO:  SETAI OWNERS LLC (U.S.A.) vs/ 1. GENERAL HOTEL MANAGEMENT LTD. (British Virgin Islands) 2. GHM (SOUTH BEACH) LLC (U.S.A.)

Dear Ms. Orlowski:

    We represent Respondents, General Hotel Management, Ltd. and GHM (South Beach), LLC (collectively "GHM") in the above-described matter. We request an extension of time to submit a response to the Request for Arbitration of Claimant, Setai Owners, LLC, for the following reasons.

    This case arises from an agreement for GHM to manage a hotel property in Miami Beach, Florida. On March 31, 2012, Claimant, the property owner, conducted an early morning raid with armed security forces, and forcibly ejected GHM from the property. Since the raid, Claimant has denied GHM access to its records located at the property and blocked GHM's ability to communicate with its employees and former employees. GHM needs additional time to obtain access to these records and witnesses to formulate its response to the Request for Arbitration.

    In addition, GHM contends this matter is not subject to arbitration because Claimant has failed to comply with the dispute resolution provisions in the agreement between the parties. GHM is instituting a lawsuit in Miami-Dade County Circuit Court to clarify the parties' obligation to arbitrate and to recover its records from Claimant in order to litigate this matter.

Ms. Victoria Orlowski
May 2, 2012
Page 2

  For the reasons stated above, GHM requests an extension of 45 days to respond to the Request for Arbitration.

  In the event that the arbitration herein proceeds, GHM states as follows:

1. The venue of the arbitration should be Miami-Dade County, Florida, as set forth in the contract between the parties.

2. The dispute should be resolved by three arbitrators. GHM hereby nominates Joseph M. Matthews, Esq. as an arbitrator.

3. GHM hereby requests that the Court appoint the third arbitrator, who will act as president of the arbitral tribunal.

  This response is without prejudice to the Respondents' right to contend that they have not submitted to arbitration, to object to the jurisdiction of the tribunal, and/or to seek relief and remedies in court.

         Very truly yours,

         Kenneth R. Hartmann

KRH/lms
cc: James S. Renard, Esq.

3515/101/337357.1