# EXHIBIT 4



# THE SETAI BY GHM
SOUTH BEACH, MIAMI

## THE SETAI RESORT & RESIDENCES
*Fact Sheet*

**LOCATION:**  2001 Collins Avenue
Miami Beach, FL 33139

Telephone: 305-520-6000 or 1-888-625-7500
Fax: 305-520-6600
Websites: www.setai.com
             www.ghmhotels.com

**CONCEPT:**  The concept of The Setai began with two fundamental ideals: a vision of unprecedented luxury and service; and one of the most prized pieces of oceanfront property in South Beach.

**PROJECT:**  A magnificent oceanfront resort hotel, adjoined by a 40-story regal residential tower, set in a breathtaking oasis of tropical gardens, sparkling pools and sundecks leading down to a gorgeous stretch of white sand beach.

**MANAGEMENT COMPANY:**  General Hotel Management Limited (GHM)
GHM takes the lead in conceptualizing, developing and operating an exclusive group of properties around the world: actively reviewing prospective partnerships to develop properties that comply with the company's philosophy. GHM maintains Regional Offices in Singapore, and the United States as well as Sales Offices in Malaysia, Australia, Japan and the United Kingdom.
Please visit www.ghmhotels.com for a list of our properties

**THE SETAI SOUTH BEACH TEAM:**  Mr. Hansjoerg Meier
General Manager

Mr. Philippe Parodi
Director of Sales and Marketing

**ARCHITECT AND DESIGNER:**  Jean Michel Gathy of Denniston International and
Jaya Ibrahim & Associates



GHM
A STYLE TO REMEMBER

LEADING HOTELS

2001 Collins Avenue Miami Beach, Fl 33139 USA  P (305) 520 6000  F (305) 520 6600  E setai@ghmhotels.com  www.setai.com