

# EXHIBIT 5

Division of Corporations - Online Services



Delaware.gov | Text Only

Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

Frequently Asked Questions   View Search Results

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 3872485 | Incorporation Date / Formation Date: | 10/26/2004 (mm/dd/yyyy) |
| Entity Name: | GHM (SOUTH BEACH) LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPDIRECT AGENTS, INC. | | |
| Address: | 160 GREENTREE DRIVE, SUITE 101 | | |
| City: | DOVER | County: | KENT |
| State: | DE | Postal Code: | 19904 |
| Phone: | (302)674-4089 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information   [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov



**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS** www.sunbiz.org

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

Events          No Name History

Entity Name Search

Submit

## Detail by Entity Name

### Foreign Limited Liability Company

GHM (SOUTH BEACH) LLC

### Filing Information

| | |
|---|---|
| Document Number | M04000004703 |
| FEI/EIN Number | 201814265 |
| Date Filed | 10/29/2004 |
| State | DE |
| Status | ACTIVE |
| Last Event | CANCEL ADM DISS/REV |
| Event Date Filed | 08/30/2006 |
| Event Effective Date | NONE |

### Principal Address

2001 COLLINS AVE
MIAMI BEACH FL 33139

Changed 04/16/2009

### Mailing Address

2001 COLLINS AVE
MIAMI BEACH FL 33139

Changed 04/16/2009

### Registered Agent Name & Address

CORPDIRECT AGENTS, INC.
515 EAST PARK AVENUE
TALLAHASSEE FL 32301 US

Name Changed: 08/24/2010

Address Changed: 08/24/2010

### Manager/Member Detail

**Name & Address**

Title MGRM

GHM (USA) LLC
1 ORCHARD SPRING LANE #04-02 TOURISM COURT
SINGAPORE SG 24772-9 SG

Title MGR

JENNI, HANS
1 ORCHARD SPRING LANE #04-02 TOURISM COURT
SINGAPORE SG 24772-9 SG

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2010 | 02/16/2010 |
| 2011 | 04/04/2011 |
| 2012 | 03/03/2012 |

## Document Images

03/03/2012 -- ANNUAL REPORT          [View image in PDF format]

04/04/2011 -- ANNUAL REPORT          [View image in PDF format]

08/24/2010 -- Reg. Agent Change      [View image in PDF format]

02/16/2010 -- ANNUAL REPORT          [View image in PDF format]

10/20/2009 -- Reg. Agent Change      [View image in PDF format]

08/28/2009 -- Reg. Agent Resignation [View image in PDF format]

04/16/2009 -- ANNUAL REPORT          [View image in PDF format]

05/01/2008 -- ANNUAL REPORT          [View image in PDF format]

07/24/2007 -- ANNUAL REPORT          [View image in PDF format]

08/30/2006 -- REINSTATEMENT          [View image in PDF format]

12/18/2004 -- Amendment              [View image in PDF format]

10/29/2004 -- Foreign Limited        [View image in PDF format]

Note: This is not official record. See documents if question or conflict.

Previous on List     Next on List     Return To List

Events              No Name History

Entity Name Search

Submit

# 2012 LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# M04000004703

**FILED**
**Mar 03, 2012**
**Secretary of State**

**Entity Name:** GHM (SOUTH BEACH) LLC

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 2001 COLLINS AVE<br>MIAMI BEACH, FL  33139 | |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| 2001 COLLINS AVE<br>MIAMI BEACH, FL  33139 | |

FEI Number: 20-1814265     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| CORPDIRECT AGENTS, INC.<br>515 EAST PARK AVENUE<br>TALLAHASSEE, FL  32301     US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**MANAGING MEMBERS/MANAGERS:**

| | |
|---|---|
| Title: | MGRM |
| Name: | GHM (USA) LLC |
| Address: | 1 ORCHARD SPRING LANE #04-02 TOURISM COURT |
| City-St-Zip: | SINGAPORE, SG  247729 SG |

| | |
|---|---|
| Title: | MGR |
| Name: | JENNI, HANS |
| Address: | 1 ORCHARD SPRING LANE #04-02 TOURISM COURT |
| City-St-Zip: | SINGAPORE, SG  247729 SG |

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE:  HANS JENNI                                    MGR                    03/03/2012

Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

Division of Corporations - Online Services



Delaware.gov | Text Only

Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

<table>
<tr><td>

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

</td><td>

Frequently Asked Questions    View Search Results

### Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| File Number: | 3384436 | Incorporation Date / Formation Date: | 04/24/2001 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | GHM (USA) LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

#### REGISTERED AGENT INFORMATION

| Name: | CORPDIRECT AGENTS, INC. | | |
|---|---|---|---|
| Address: | 160 GREENTREE DRIVE, SUITE 101 | | |
| City: | DOVER | County: | KENT |
| State: | DE | Postal Code: | 19904 |
| Phone: | (302)674-4089 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information   [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

</td></tr>
</table>

site map  |  about this site  |  contact us  |  translate  |  delaware.gov

www.sunbiz.org - Department of State



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

Events    **No Name History**

Entity Name Search

Submit

# Detail by Entity Name

## Foreign Limited Liability Company

GHM (USA) LLC

## Filing Information

| | |
|---|---|
| Document Number | M04000005425 |
| FEI/EIN Number | 043667000 |
| Date Filed | 12/09/2004 |
| State | DE |
| Status | ACTIVE |
| Last Event | CANCEL ADM DISS/REV |
| Event Date Filed | 06/13/2006 |
| Event Effective Date | NONE |

## Principal Address

2001 COLLINS AVE
MIAMI FL 33139

Changed 04/16/2009

## Mailing Address

2001 COLLINS AVE
MIAMI FL 33139

Changed 04/16/2009

## Registered Agent Name & Address

CORPDIRECT AGENTS, INC.
515 EAST PARK AVENUE
TALLAHASSEE FL 32301 US

Name Changed: 08/24/2010

Address Changed: 08/24/2010

## Manager/Member Detail

**Name & Address**

Title MGRM

GHM (USA) INC.
1 ORCHARD SPRING LANE #04-02 TOURISM COURT
SINGAPORE SG 24772-9 SG

Title MGR

www.sunbiz.org - Department of State

JENNI, HANS
1 ORCHARD SPRING LANE #04-02 TOURISM COURT
SINGAPORE SG 24772-9 SG

## Annual Reports

**Report Year  Filed Date**
2010         02/16/2010
2011         04/04/2011
2012         03/03/2012

## Document Images

03/03/2012 -- ANNUAL REPORT          [ View image in PDF format ]

04/04/2011 -- ANNUAL REPORT          [ View image in PDF format ]

08/24/2010 -- Reg. Agent Change      [ View image in PDF format ]

02/16/2010 -- ANNUAL REPORT          [ View image in PDF format ]

01/04/2010 -- Reg. Agent Change      [ View image in PDF format ]

11/02/2009 -- Reg. Agent Resignation [ View image in PDF format ]

04/16/2009 -- ANNUAL REPORT          [ View image in PDF format ]

05/01/2008 -- ANNUAL REPORT          [ View image in PDF format ]

07/24/2007 -- ANNUAL REPORT          [ View image in PDF format ]

08/31/2006 -- ANNUAL REPORT          [ View image in PDF format ]

06/13/2006 -- REINSTATEMENT          [ View image in PDF format ]

12/23/2004 -- Amendment              [ View image in PDF format ]

12/09/2004 -- Foreign Limited        [ View image in PDF format ]

**Note:** This is not official record. See documents if question or conflict.

Previous on List     Next on List     Return To List          [ Entity Name Search ]

Events               **No Name History**                            [ Submit ]

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |
Copyright © and Privacy Policies
State of Florida, Department of State

## 2012 LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# M04000005425

**Entity Name:** GHM (USA) LLC

**FILED**
**Mar 03, 2012**
**Secretary of State**

**Current Principal Place of Business:**

2001 COLLINS AVE
MIAMI, FL 33139

**New Principal Place of Business:**

**Current Mailing Address:**

2001 COLLINS AVE
MIAMI, FL 33139

**New Mailing Address:**

FEI Number: 04-3667000        FEI Number Applied For ( )        FEI Number Not Applicable ( )        Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

CORPDIRECT AGENTS, INC.
515 EAST PARK AVENUE
TALLAHASSEE, FL 32301      US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                                        Date

**MANAGING MEMBERS/MANAGERS:**

| | |
|---|---|
| Title: | MGRM |
| Name: | GHM (USA) INC. |
| Address: | 1 ORCHARD SPRING LANE #04-02 TOURISM COURT |
| City-St-Zip: | SINGAPORE, SG 247729 SG |

| | |
|---|---|
| Title: | MGR |
| Name: | JENNI, HANS |
| Address: | 1 ORCHARD SPRING LANE #04-02 TOURISM COURT |
| City-St-Zip: | SINGAPORE, SG 247729 SG |

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE: HANS JENII                                   MGR                    03/03/2012

Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date



Delaware.gov | Text Only                                          Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

Frequently Asked Questions   View Search Results

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3365731 | Incorporation Date / Formation Date: | 03/07/2001 (mm/dd/yyyy) |
| Entity Name: | GHM (USA), INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPDIRECT AGENTS, INC. | | |
| Address: | 160 GREENTREE DRIVE, SUITE 101 | | |
| City: | DOVER | County: | KENT |
| State: | DE | Postal Code: | 19904 |
| Phone: | (302)674-4089 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information   [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

www.sunbiz.org - Department of State



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

Events    **No Name History**

Entity Name Search

Submit

## Detail by Entity Name

## Foreign Profit Corporation

GHM (USA), INC.

## Filing Information

| | |
|---|---|
| **Document Number** | F04000006946 |
| **FEI/EIN Number** | 954858615 |
| **Date Filed** | 12/09/2004 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | CANCEL ADM DISS/REV |
| **Event Date Filed** | 06/13/2006 |
| **Event Effective Date** | NONE |

## Principal Address

2001 COLLINS AVE
MIAMI BEACH FL 33139

Changed 04/16/2009

## Mailing Address

2001 COLLINS AVE
MIAMI BEACH FL 33139

Changed 05/01/2008

## Registered Agent Name & Address

CORPDIRECT AGENTS, INC.
515 EAST PARK AVENUE
TALLAHASSEE FL 32301 US

Name Changed: 08/24/2010

Address Changed: 08/24/2010

## Officer/Director Detail

**Name & Address**

Title P, D

JENNI, HANS
1 ORCHARD SPRING LANE #04-02 TOURISM COURT
SINGAPORE SG 24772-9 SG

## Annual Reports

www.sunbiz.org - Department of State

| Report Year | Filed Date |
|---|---|
| 2010 | 02/16/2010 |
| 2011 | 04/04/2011 |
| 2012 | 03/03/2012 |

## Document Images

03/03/2012 -- ANNUAL REPORT       View image in PDF format

04/04/2011 -- ANNUAL REPORT       View image in PDF format

08/24/2010 -- Reg. Agent Change       View image in PDF format

02/16/2010 -- ANNUAL REPORT       View image in PDF format

01/04/2010 -- Reg. Agent Change       View image in PDF format

11/02/2009 -- Reg. Agent Resignation       View image in PDF format

04/16/2009 -- ANNUAL REPORT       View image in PDF format

05/01/2008 -- ANNUAL REPORT       View image in PDF format

07/24/2007 -- ANNUAL REPORT       View image in PDF format

08/31/2006 -- ANNUAL REPORT       View image in PDF format

06/13/2006 -- REINSTATEMENT       View image in PDF format

12/23/2004 -- AFFIDAVITAMNDOFFICER       View image in PDF format

12/09/2004 -- Foreign Profit       View image in PDF format

Note: This is not official record. See documents if question or conflict.

Previous on List     Next on List     Return To List

Events          No Name History

Entity Name Search

Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |
Copyright © and Privacy Policies
State of Florida, Department of State

## 2012 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Mar 03, 2012**
**Secretary of State**

DOCUMENT# F04000006946

**Entity Name:** GHM (USA), INC.

**Current Principal Place of Business:**

2001 COLLINS AVE
MIAMI BEACH, FL 33139

**New Principal Place of Business:**

**Current Mailing Address:**

2001 COLLINS AVE
MIAMI BEACH, FL 33139

**New Mailing Address:**

FEI Number: 95-4858615    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

CORPDIRECT AGENTS, INC.
515 EAST PARK AVENUE
TALLAHASSEE, FL 32301    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                      Date

**OFFICERS AND DIRECTORS:**

Title:        P, D
Name:         JENNI, HANS
Address:      1 ORCHARD SPRING LANE #04-02 TOURISM COURT
City-St-Zip:  SINGAPORE, SG 247729 SG

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: HANS JENNI                              MGR              03/03/2012

Electronic Signature of Signing Officer or Director                         Date