# EXHIBIT 6

Trademark Electronic Search System (TESS)


**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue May 22 04:35:46 EDT 2012

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [   ] OR [Jump] to record: [   ] **Record 2 out of 5**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GHM |
| **Goods and Services** | IC 042. US 100 101. G & S: RESORT HOTELS AND LODGING SERVICES FOR OTHERS. FIRST USE: 19920930. FIRST USE IN COMMERCE: 19931231 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76037468 |
| **Filing Date** | April 28, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 28, 2003 |
| **Registration Number** | 2708328 |
| **Registration Date** | April 22, 2003 |
| **Owner** | (REGISTRANT) General Hotel Management, Ltd. COMPANY BR.VIRGIN ISLANDS P.O. Box 71 Craigmuir Chambers Road Town, Tortola BR.VIRGIN ISLANDS |
| **Attorney of Record** | Miriam D. Trudell |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

Trademark Electronic Search System (TESS)



Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue May 22 04:35:46 EDT 2012

Please logout when you are done to release system resources allocated for you.

List At: ☐ OR ☐ to record: ☐  **Record 3 out of 5**

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Word Mark | GHM |
| Goods and Services | IC 042. US 100 101. G & S: resort hotels and lodging services for others. FIRST USE: 19950601. FIRST USE IN COMMERCE: 19950601 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 26.09.01 - Squares as carriers or squares as single or multiple line borders |
| Serial Number | 76036979 |
| Filing Date | April 28, 2000 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | January 28, 2003 |
| Registration Number | 2708327 |
| Registration Date | April 22, 2003 |
| Owner | (REGISTRANT) General Hotel Management, Ltd. COMPANY BR.VIRGIN ISLANDS P.O. Box 71 Craigmuir Chambers Road Town, Tortola BR.VIRGIN ISLANDS |
| Attorney of Record | Miriam D. Trudell |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 8 (6-YR). |
| Live/Dead | |

http://tess2.uspto.gov/bin/showfield?f=doc&state=4001:ejbms7.2.3[5/22/2012 11:59:15 AM]