# EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

GHM (SOUTH BEACH) LLC,

    Plaintiff,

v.

SETAI OWNERS LLC; TREVI LUXURY
HOSPITALITY GROUP, INC.; and SMB
MANAGEMENT LLC,

    Defendants.
_____/

## DEFENDANT SMB MANAGEMENT, LLC'S
## CERTIFICATE OF CONSENT TO REMOVAL

SMB Management, LLC, through its undersigned counsel, hereby consents to Setai Owners LLC's removal of Case No. 12-17427CA10, in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, filed by Plaintiff GHM (South Beach) LLC against Setai Owners LLC, Trevi Luxury Hospitality Group, Inc., and SMB Management LLC to the United States District Court for the Southern District of Florida.

Dated: May 23, 2012
       Miami, Florida

Respectfully submitted,

_____
Richard H. Critchlow, Esq.
(Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq.
(Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard, Suite 1100
Miami, Florida 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

- and -

William A. Brewer III
(*pro hac vice* application to be filed)
wab@bickelbrewer.com
James S. Renard
(*pro hac vice* application to be filed)
jsr@bickelbrewer.com
Jack G. B. Ternan
(*pro hac vice* application to be filed)
jgt@bickelbrewer.com
BICKEL & BREWER
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas 75201
Telephone:    (214) 653-4000
Facsimile:    (214) 653-1015

**COUNSEL FOR DEFENDANT SMB MANAGEMENT, LLC**