UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 12-cv-21932-KMM

GHM (SOUTH BEACH) LLC,

    Plaintiff,
v.

SETAI OWNERS LLC, TREVI LUXURY
HOSPITALITY GROUP, INC., and SMB
MANAGEMENT LLC,

    Defendants.
_____/

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ITS MOTION TO REMAND

GHM (South Beach) LLC, pursuant to Local Rule 7.1(b)(1), requests oral argument on it's Motion to Remand (DE 4). Plaintiff respectfully suggests that oral argument may assist the Court in understanding the facts regarding why the arbitration agreement in question is inoperative and the Convention on the Recognition and Enforcement of Foreign Arbitral Awards does not apply. A total of one hour should be sufficient for both sides to present their argument. Plaintiff respectfully requests the Motion be set for oral argument as soon as practical on any date and time that is convenient for the Court.

    Respectfully submitted,

    KOZYAK TROPIN & THROCKMORTON, P.A.
    Counsel for Plaintiff
    2525 Ponce de Leon, 9th Floor
    Coral Gables, Florida 33134
    Telephone: (305) 372-1800
    Fax: (305) 372-3508

    By:_____/s/ Kenneth R. Hartmann_____
        Kenneth R. Hartmann
        Florida Bar No. 664286
        Daniel F. Benavides
        Florida Bar No. 81675

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**S that a true and correct copy of the foregoing was efiled with the Clerk of Court and was electronically served by the Court this 25th of May, 2012 to all parties on the attached service list.

                          By: /s/Kenneth R. Hartmann
                              Kenneth R. Hartmann
                              Florida Bar No. 664286
                              Daniel F. Benavides
                              Florida Bar No. 81675

3515/106/338064.1

## SERVICE LIST

*GHM (South Beach LLC) v. Setai Owners, LLC, et al.*
CASE NO. 12-cv-21932-KMM
United States District Court, Southern District of Florida

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritclow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
Kenny Nachwalter, P.A.
201 South Biscayne Blvd.
Suite 1100
Miami, FL  33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Counsel for Defendant Setai Owners LLC*

Willliam A. Brewer, III
wab@bickerbrewer.com
James S. Renard,
jsr@bickerbrewer.com
Jack G. Ternan
jgt@bickerbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015
*Counsel for Defendant Setai Owners LLC*