FILING FEE
PAID $75.00
Pro hac Vice 39369
Steven M. Larimore, Clerk

FILED by JU D.C.
MAY 25 2012
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:12-cv-21932-KMM**

GHM (SOUTH BEACH) LLC, a Delaware limited liability company,

Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited liability company, TREVI LUXURY HOSPITALITY GROUP, INC., a Texas corporation, and SMB MANAGEMENT LLC, a Florida limited liability company,

Defendants.

_______________________________________/

**MOTION FOR LIMITED APPEARANCE OF JAMES S. RENARD, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of James S. Renard, of the law firm Bickel & Brewer with offices at 1717 Main Street, Suite 4800, Dallas, Texas 75201, (214) 653-4000, for purposes of appearance as co-counsel on behalf of Setai Owners LLC and SMB Management LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit James S. Renard to receive electronic filings in this case, and in support thereof states as follows:

1. James S. Renard is not admitted to practice in the Southern District of Florida and is a member in good standing of the Texas Bar – Texas Bar No. 167685, United States District

Court for the Northern District of Texas, United States District Court for the Western District of Texas, United States District Court for the Eastern District of Texas, United States Court of Appeals for the Fifth Circuit, Federal Circuit Court of Appeals, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Seventh Circuit, and United States Court of Appeals for the Second Circuit,

2. Movant, Elizabeth B. Honkonen, of the law firm of Kenny Nachwalter, P.A., 201 South Biscayne Boulevard, Suite 1100, Miami, Florida 33131, (305) 373-1000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, James S. Renard has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. James S. Renard, by and through designed counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to James S. Renard, at email address: jsr@bickelbrewer.com

WHEREFORE, Elizabeth B. Honkonen, moves this Court to enter an Order allowing James S. Renard to appear before this Court on behalf of Setai Owners LLC and SMB Management LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to James S. Renard.

**CERTIFICATION PURSUANT TO S.D. Fla. L.R. 7.1(a)(3)**

Undersigned counsel hereby certifies that she conferred with counsel for Plaintiff regarding the relief requested in this Motion and is authorized to represent to the Court that this Motion is unopposed.

Dated: May 25, 2012
Miami, Florida

Respectfully submitted,

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

*Counsel for Defendants Setai Owners LLC and SMB Management LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:12-cv-21932-KMM**

GHM (SOUTH BEACH) LLC, a Delaware limited liability company,

Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited liability company, TREVI LUXURY HOSPITALITY GROUP, INC., a Texas corporation, and SMB MANAGEMENT LLC, a Florida limited liability company,

Defendants.

_______________________________________/

## CERTIFICATION OF JAMES S. RENARD

James S. Renard, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Texas Bar – Texas Bar No. 16768500, United States District Court for the Northern District of Texas, United States District Court for the Western District of Texas, United States District Court for the Eastern District of Texas, United States Court of Appeals for the Fifth Circuit, Federal Circuit Court of Appeals, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Seventh Circuit, and United States Court of Appeals for the Second Circuit.

_______________________________
James S. Renard

**CERTIFICATE OF SERVICE**

**I certify** that on May 25, 2012, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via US Mail.

Elizabeth B. Honkonen

**SERVICE LIST**
***GHM (South Beach LLC) v. Setai Owners, LLC, et al.***
**CASE NO. 1:12-cv-21932-KMM**
**United States District Court, Southern District of Florida**

Kenneth R. Hartmann, Esq. (Florida Bar No. 664286)
krh@kttlaw.com
Daniel F. Benavides, Esq. (Florida Bar No. 81675)
dfb@kttlaw.com
Douglas A. Wolfe, Esq. (Florida Bar No. 28671)
daw@kttlaw.com
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
*Counsel for Plaintiff*
**[VIA US MAIL]**

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Counsel for Defendants Setai Owners LLC and SMB Management LLC*
**[VIA US MAIL]**

William A. Brewer, III
wab@bickelbrewer.com
James S. Renard
jsr@bickelbrewer.com
Jack G. Ternan
jgt@bickelbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015
*Counsel for Defendants Setai Owners LLC and SMB Management LLC*
**[VIA U.S. MAIL]**

429551

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:12-cv-21932-KMM**

GHM (SOUTH BEACH) LLC, a Delaware limited liability company,

Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited liability company, TREVI LUXURY HOSPITALITY GROUP, INC., a Texas corporation, and SMB MANAGEMENT LLC, a Florida limited liability company,

Defendants.
_______________________________________/

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF JAMES S. RENARD, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE came before the Court on the Motion for Limited Appearance of James S. Renard and Consent to Designation, requesting, pursuant to Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District for the Southern District of Florida, permission for a limited appearance of James S. Renard in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and being otherwise duly advised, it is

ORDERED AND ADJUDGED that the Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is hereby GRANTED. James S. Renard is granted leave to appear in this action on behalf of Defendants Setai Owners LLC and SMB Management LLC. The Clerk shall provide

electronic notification of all electronic filings to James S. Renard at jsr@bickelbrewer.com

DONE AND ORDERED in Chambers, Miami, Florida, this ____ day of ____________________, 2012.

_______________________________________
THE HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
*All counsel of record on the attached Service List*