

FILED by ___ D.C.
MAY 30 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21932-KMM/TORRES

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

    Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

    Defendants.
_____/

### MOTION FOR LIMITED APPEARANCE OF WILLIAM A. BREWER, III, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of William A. Brewer, III, of the law firm Bickel & Brewer with offices at 1717 Main Street, Suite 4800, Dallas, Texas 75201, (214) 653-4000, for purposes of appearance as co-counsel on behalf of Setai Owners LLC and SMB Management LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit William A. Brewer, III to receive electronic filings in this case, and in support thereof states as follows:

    1.    William A. Brewer, III is not admitted to practice in the Southern District of Florida and is a member in good standing of the Texas Bar – Texas Bar No. 02967035, New

York Bar – Bar No. WAB-4805, United States District Court for the Northern District of Texas, United States District Court for the Eastern District of Michigan, United States District Court for the Eastern District of Texas, United States District Court for the Western District of Texas, United States District Court for the Southern District of New York, United States District Court for the District of Columbia, United States District Court for the District of Connecticut, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Federal Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Seventh Circuit, and United States Court of Appeals for the Tenth Circuit.

2. Movant, Elizabeth B. Honkonen, of the law firm of Kenny Nachwalter, P.A., 201 South Biscayne Boulevard, Suite 1100, Miami, Florida 33131, (305) 373-1000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, William A. Brewer, III has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. William A. Brewer, III, by and through designed counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to William A. Brewer, III, at email address: wab@bickelbrewer.com,

WHEREFORE, Elizabeth B. Honkonen, moves this Court to enter an Order allowing William A. Brewer, III to appear before this Court on behalf of Setai Owners LLC and SMB Management LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to William A. Brewer, III.

### CERTIFICATION PURSUANT TO S.D. Fla. L.R. 7.1(a)(3)

Undersigned counsel hereby certifies that she conferred with counsel for Plaintiff regarding the relief requested in this Motion and is authorized to represent to the Court that this Motion is unopposed.

Dated: May 30, 2012  
Miami, Florida

Respectfully submitted,

Richard H. Critchlow, Esq. (Florida Bar No. 155227)  
rcritchlow@knpa.com  
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)  
ehonkonen@knpa.com  
KENNY NACHWALTER, P.A.  
201 South Biscayne Boulevard  
Suite 1100  
Miami, Florida 33131-4327  
Telephone:   (305) 373-1000  
Facsimile:   (305) 372-1861

*Counsel for Defendant Setai Owners LLC and SMB Management LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21932-KMM

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

    Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

    Defendants.
_____/

## CERTIFICATION OF WILLIAM A. BREWER, III

William A. Brewer, III, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Texas Bar – Texas Bar No. 02967035, New York Bar – Bar No. WAB-4805, United States District Court for the Northern District of Texas, United States District Court for the Eastern District of Michigan, United States District Court for the Eastern District of Texas, United States District Court for the Western District of Texas, United States District Court for the Southern District of New York, United States District Court for the District of Columbia, United States District Court for the District of Connecticut, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Federal Circuit,

United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Seventh Circuit, and United States Court of Appeals for the Tenth Circuit.

_____
William A. Brewer, III

## CERTIFICATE OF SERVICE

**I certify** that on May 30, 2012, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via U.S. Mail.

_____

## SERVICE LIST
### *GHM (South Beach LLC) v. Setai Owners, LLC, et al.*
### CASE NO. 1:12-cv-21932-KMM/TORRES
### United States District Court, Southern District of Florida

Kenneth R. Hartmann, Esq. (Florida Bar No. 664286)
krh@kttlaw.com
Daniel F. Benavides, Esq. (Florida Bar No. 81675)
dfb@kttlaw.com
Douglas A. Wolfe, Esq. (Florida Bar No. 28671)
daw@kttlaw.com
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida  33134
Telephone:   (305) 372-1800
Facsimile:   (305) 372-3508
*Counsel for Plaintiff*
**[VIA U.S. MAIL]**

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida  33131-4327
Telephone:   (305) 373-1000
Facsimile:   (305) 372-1861
*Counsel for Defendant Setai Owners LLC and SMB Management LLC*
**[VIA U.S. MAIL]**

William A. Brewer, III
wab@bickelbrewer.com
James S. Renard
jsr@bickelbrewer.com
Jack G. Ternan
jgt@bickelbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone:   (214) 653-4000
Facsimile:   (214) 653-1015
*Counsel for Defendant Setai Owners LLC and SMB Management LLC*
**[VIA U.S. MAIL]**

429777

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21932-KMM

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

    Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

    Defendants.
_____/

### ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF WILLIAM A. BREWER, III, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE came before the Court on the Motion for Limited Appearance of William A. Brewer, III and Consent to Designation, requesting, pursuant to Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District for the Southern District of Florida, permission for a limited appearance of William A. Brewer, III in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and being otherwise duly advised, it is

ORDERED AND ADJUDGED that the Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is hereby GRANTED. William A. Brewer, III is granted leave to appear in this action on behalf of Defendants Setai Owners LLC and SMB Management LLC. The Clerk shall

1

provide electronic notification of all electronic filings to William A. Brewer, III at wab@bickelbrewer.com.

DONE AND ORDERED in Chambers, Miami, Florida, this ____ day of _____, 2012.

_____
THE HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
*All counsel of record on the attached Service List*

429781