**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  1:12-cv-21932-KMM/TORRES**

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

      Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

      Defendants.

_____/

**DEFENDANT SETAI OWNERS LLC'S *UNOPPOSED* MOTION**
**FOR 2-DAY ENLARGEMENT OF TIME TO RESPOND TO**
**<u>PLAINTIFF'S MOTION TO ENJOIN ARBITRATION</u>**

Pursuant to and in accordance with Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1(a)(3), Defendant Setai Owners LLC ("Owner") hereby seeks an enlargement of time of two (2) days to respond to Plaintiff's Motion to Permanently Enjoin or, in the Alternative, for a Preliminary Injunction Enjoining Defendant Setai Owners LLC from Proceeding with the Arbitration Filed Before the International Court of Arbitration of the International Chamber of Commerce ("Plaintiff's Motion to Enjoin Arbitration") (D.E. 1 at Ex. 2), and in support states:

      1.      On March 31, 2012, Owner initiated an arbitration in the International Court of Arbitration of the International Chamber of Commerce.  On May 2, 2012, Plaintiff sued Owner in Florida state court, and, on May 7, 2012, Plaintiff filed its Motion to Enjoin Arbitration.  On May 23, 2012, Owner removed the case to this Court pursuant to 9 U.S.C. §§ 202, 203 and 205 and 28 U.S.C. §§ 1331, 1441, and 1446 (D.E. 1), and Plaintiff moved to remand the case on May

25, 2012 (D.E 4).  Plaintiff's Motion to Remand raises many of the same issues and arguments raised in Plaintiff's Motion to Enjoin Arbitration.

2. Pursuant to S.D. Fla. L.R. 7.2, Owner's response to Plaintiff's Motion to Enjoin Arbitration is currently due to be filed on Wednesday, June 6, 2012.  Owner's response to Plaintiff's Motion to Remand is due to be filed on Friday, June 8, 2012.

3. Owner is working diligently to prepare its responses to both of these motions.  However, in light of the similarity of the arguments raised in Plaintiff's motions, Owner seeks an enlargement of two (2) days to respond to the Motion to Enjoin Arbitration so that Owner may respond to both motions on Friday, June 8, 2012.

4. The granting of this request will not affect the efficient and appropriate resolution of this action and will not prejudice any party.  Owner makes this motion in good faith and not for purposes of delay.

WHEREFORE, for the foregoing reasons, Owner respectfully requests an enlargement of time of two (2) days, until and including June 8, 2012, to respond to Plaintiff's Motion to Enjoin Arbitration.  A proposed order is attached hereto as Exhibit A.

### Certification of S.D. Fla. L.R. 7.1(a)(3) Conference

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Owner hereby certifies that she has conferred with counsel for Plaintiff regarding the relief requested by this motion, and has been advised that Plaintiff does not oppose the requested two-day enlargement of time to respond to Plaintiff's Motion to Enjoin Arbitration.

Dated: June 1, 2012            Respectfully submitted,
      Miami, Florida

                                         s/Elizabeth B. Honkonen
                                         Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida  33131-4327
Telephone:     (305) 373-1000
Facsimile:      (305) 372-1861

          - and -

William A. Brewer, III
wab@bickelbrewer.com
James S. Renard
jsr@bickelbrewer.com
Jack G. Ternan
jgt@bickelbrewer.com
BICKEL & BREWER
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone:     (214) 653-4000
Facsimile:      (214) 653-1015

*Counsel for Defendants Setai Owners LLC and SMB Management LLC*

## CERTIFICATE OF SERVICE

**I certify** that on June 1, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         s/Elizabeth B. Honkonen

## SERVICE LIST
*GHM (South Beach LLC) v. Setai Owners LLC, et al.*
**CASE NO. 1:12-cv-21932-KMM/TORRES**
**United States District Court, Southern District of Florida**

Kenneth R. Hartmann, Esq. (Florida Bar No. 664286)
krh@kttlaw.com
Daniel F. Benavides, Esq. (Florida Bar No. 81675)
dfb@kttlaw.com
Douglas A. Wolfe, Esq. (Florida Bar No. 28671)
daw@kttlaw.com
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida  33134
Telephone:     (305) 372-1800
Facsimile:     (305) 372-3508
*Counsel for Plaintiff*
**[VIA CM/ECF]**

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida  33131-4327
Telephone:     (305) 373-1000
Facsimile:     (305) 372-1861
*Counsel for Defendants Setai Owners LLC and SMB Management LLC*
**[VIA CM/ECF]**

William A. Brewer, III
wab@bickelbrewer.com
James S. Renard
jsr@bickelbrewer.com
Jack G. Ternan
jgt@bickelbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone:     (214) 653-4000
Facsimile:     (214) 653-1015
*Counsel for Defendants Setai Owners LLC and SMB Management LLC*
**[VIA CM/ECF]**