# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21932-KMM/TORRES

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

    Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

    Defendants.
_____/

### ORDER GRANTING DEFENDANT SETAI OWNERS LLC'S *UNOPPOSED* MOTION FOR 2-DAY ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO ENJOIN ARBITRATION

**THIS CAUSE** is before the Court on Setai Owners LLC's *Unopposed* Motion for 2-Day Enlargement of Time to Respond to Plaintiff's Motion to Permanently Enjoin or, in the Alternative, for a Preliminary Injunction Enjoining Defendant Setai Owners LLC from Proceeding with the Arbitration Filed Before the International Court of Arbitration of the International Chamber of Commerce ("Plaintiff's Motion to Enjoin Arbitration") (D.E. 1 at Ex. 2). The Court having considered Setai Owners LLC's Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

    1.    Setai Owners LLC's Motion is hereby **GRANTED**.

2. Setai Owners LLC shall have until and including June 8, 2012, to respond to Plaintiff's Motion to Enjoin Arbitration.

**DONE AND ORDERED** in chambers in Miami-Dade County, Florida, this ____ day of June, 2012.

_____
HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to all counsel of record
on the attached Service List

## SERVICE LIST
*GHM (South Beach LLC) v. Setai Owners LLC, et al.*
CASE NO. 1:12-cv-21932-KMM/TORRES
United States District Court, Southern District of Florida

Kenneth R. Hartmann, Esq. (Florida Bar No. 664286)
krh@kttlaw.com
Daniel F. Benavides, Esq. (Florida Bar No. 81675)
dfb@kttlaw.com
Douglas A. Wolfe, Esq. (Florida Bar No. 28671)
daw@kttlaw.com
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
*Counsel for Plaintiff*
**[VIA CM/ECF]**

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Counsel for Defendants Setai Owners LLC and SMB Management LLC*
**[VIA CM/ECF]**

William A. Brewer, III
wab@bickelbrewer.com
James S. Renard
jsr@bickelbrewer.com
Jack G. Ternan
jgt@bickelbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015
*Counsel for Defendants Setai Owners LLC and SMB Management LLC*
**[VIA CM/ECF]**