UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:12-cv-21932-KMM/TORRES

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

     Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

     Defendants.
_____/

### DEFENDANTS SETAI OWNERS LLC AND SMB MANAGEMENT LLC'S *UNOPPOSED* MOTION FOR 10-DAY ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO ENJOIN USE AND COMPEL RETURN OF DOCUMENTS

Pursuant to and in accordance with Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1(a)(3), Defendants Setai Owners LLC ("Owner") and SMB Management LLC ("SMB") hereby seek an enlargement of time of ten (10) days to respond to Plaintiff's Motion to Enjoin Use and Compel Return of GHM's Privileged Documents and Confidential Trade Secret Materials and to Enjoin Further Use of GHM's Trademarks ("Plaintiff's Motion to Enjoin Use and Compel Return of Documents") (D.E. 1 at Ex. 2), and in support state:

1.    On March 31, 2012, Owner initiated an arbitration in the International Court of Arbitration of the International Chamber of Commerce.  On May 2, 2012, Plaintiff sued Owner and SMB in Florida state court, and, on May 7, 2012, Plaintiff filed its Motion to Enjoin Use and Compel Return of Documents.  On May 23, 2012, Owner removed the case to this Court

pursuant to 9 U.S.C. §§ 202, 203 and 205 and 28 U.S.C. §§ 1331, 1441, and 1446 (D.E. 1), and Plaintiff moved to remand the case on May 25, 2012 (D.E 4).

2. Pursuant to S.D. Fla. L.R. 7.2, Owner's and SMB's responses to Plaintiff's Motion to Enjoin Use and Compel Return of Documents are currently due to be filed on Wednesday, June 6, 2012.

3. In the time since Plaintiff filed its Motion to Enjoin Use and Compel Return of Documents, the parties have worked cooperatively to resolve many of the issues raised in that motion. However, a few issues still remain, and the parties are continuing to try to resolve and/or substantially narrow those issues.

4. Accordingly, in order to allow the parties the opportunity to resolve and/or narrow the issues raised in Plaintiff's Motion to Enjoin Use and Compel Return of Documents, Owner and SMB seek a 10-day enlargement of time, to June 18, 2012, to respond to any unresolved issues in connection with the motion.

5. The granting of this request will not affect the efficient and appropriate resolution of this action and will not prejudice any party. Owner and SMB make this motion in good faith and not for purposes of delay.

WHEREFORE, for the foregoing reasons, Owner and SMB respectfully request an enlargement of time of 10 days, until and including June 18, 2012, to respond to Plaintiff's Motion to Enjoin Use and Compel Return of Documents. A proposed order is attached hereto as Exhibit A.

**Certification of S.D. Fla. L.R. 7.1(a)(3) Conference**

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Owner and SMB hereby certifies that she has conferred with counsel for Plaintiff regarding the relief requested by this motion, and has been advised that Plaintiff does not oppose the requested 10-day enlargement of time to respond to Plaintiff's Motion to Enjoin Use and Compel Return of Documents.

Dated: June 1, 2012  
      Miami, Florida

Respectfully submitted,

s/Elizabeth B. Honkonen  
Richard H. Critchlow, Esq. (Florida Bar No. 155227)  
rcritchlow@knpa.com  
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)  
ehonkonen@knpa.com  
KENNY NACHWALTER, P.A.  
201 South Biscayne Boulevard  
Suite 1100  
Miami, Florida  33131-4327  
Telephone:     (305) 373-1000  
Facsimile:     (305) 372-1861

     - and -

William A. Brewer, III  
wab@bickelbrewer.com  
James S. Renard  
jsr@bickelbrewer.com  
Jack G. Ternan  
jgt@bickelbrewer.com  
BICKEL & BREWER  
4800 Comerica Bank Tower  
1717 Main Street  
Dallas, Texas  75201  
Telephone:     (214) 653-4000  
Facsimile:     (214) 653-1015

*Counsel for Defendants Setai Owners LLC and SMB Management LLC*

3

## CERTIFICATE OF SERVICE

**I certify** that on June 1, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                 s/Elizabeth B. Honkonen

**SERVICE LIST**
*GHM (South Beach LLC) v. Setai Owners LLC, et al.*
**CASE NO. 1:12-cv-21932-KMM/TORRES
United States District Court, Southern District of Florida**

Kenneth R. Hartmann, Esq. (Florida Bar No. 664286)
krh@kttlaw.com
Daniel F. Benavides, Esq. (Florida Bar No. 81675)
dfb@kttlaw.com
Douglas A. Wolfe, Esq. (Florida Bar No. 28671)
daw@kttlaw.com
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida  33134
Telephone:	(305) 372-1800
Facsimile:	(305) 372-3508
*Counsel for Plaintiff*
**[VIA CM/ECF]**

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida  33131-4327
Telephone:	(305) 373-1000
Facsimile:	(305) 372-1861
*Counsel for Defendants Setai Owners LLC and SMB Management LLC*
**[VIA CM/ECF]**

William A. Brewer, III
wab@bickelbrewer.com
James S. Renard
jsr@bickelbrewer.com
Jack G. Ternan
jgt@bickelbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone:	(214) 653-4000
Facsimile:	(214) 653-1015
*Counsel for Defendants Setai Owners LLC and SMB Management LLC*
**[VIA CM/ECF]**