

EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:12-cv-21932-KMM/TORRES**

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

      Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

      Defendants.

_____/

**ORDER GRANTING DEFENDANTS SETAI OWNERS LLC AND**
**SMB MANAGEMENT LLC'S *UNOPPOSED* MOTION FOR 10-DAY**
**ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S**
**MOTION TO ENJOIN USE AND COMPEL RETURN OF DOCUMENTS**

**THIS CAUSE** is before the Court on Defendants Setai Owners LLC and SMB

Management LLC's *Unopposed* Motion for 10-Day Enlargement of Time to Respond to

Plaintiff's Motion to Enjoin Use and Compel Return of GHM's Privileged Documents and

Confidential Trade Secret materials and to Enjoin Further Use of GHM's Trademarks

("Plaintiff's Motion to Enjoin Use and Compel Return of Documents") (D.E. 1 at Ex. 2).  The

Court having considered Setai Owners LLC and SMB Management LLC's Motion and being

otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1.     Setai Owners LLC and SMB Management LLC's Motion is hereby **GRANTED**.

2.      Setai Owners LLC and SMB Management LLC shall have until and including June 18, 2012, to respond to Plaintiff's Motion to Enjoin Use and Compel Return of Documents.

**DONE AND ORDERED** in chambers in Miami-Dade County, Florida, this _____ day of June, 2012.

 

_____
HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to all counsel of record
on the attached Service List

2

**SERVICE LIST**
*GHM (South Beach LLC) v. Setai Owners LLC, et al.*
CASE NO. 1:12-cv-21932-KMM/TORRES
United States District Court, Southern District of Florida

Kenneth R. Hartmann, Esq. (Florida Bar No. 664286)
krh@kttlaw.com
Daniel F. Benavides, Esq. (Florida Bar No. 81675)
dfb@kttlaw.com
Douglas A. Wolfe, Esq. (Florida Bar No. 28671)
daw@kttlaw.com
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone:    (305) 372-1800
Facsimile:    (305) 372-3508
*Counsel for Plaintiff*
**[VIA CM/ECF]**

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131-4327
Telephone:    (305) 373-1000
Facsimile:    (305) 372-1861
*Counsel for Defendants Setai Owners LLC and SMB Management LLC*
**[VIA CM/ECF]**

William A. Brewer, III
wab@bickelbrewer.com
James S. Renard
jsr@bickelbrewer.com
Jack G. Ternan
jgt@bickelbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas 75201
Telephone:    (214) 653-4000
Facsimile:    (214) 653-1015
*Counsel for Defendants Setai Owners LLC and SMB Management LLC*
**[VIA CM/ECF]**

3