UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21932-KMM/TORRES

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

    Plaintiff,
v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO DEFENDANT SETAI OWNER LLC'S MOTION FOR
MORE DEFINITE STATEMENT AND MOTION TO DISMISS [D.E. 11]
AND DEFENDANT SMB MANAGEMENT LLC'S MOTION FOR MORE
DEFINITE STATEMENT AND MOTION TO DISMISS [D.E. 12]**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff, GHM (South Beach) LLC ("GHM") hereby seeks an enlargement of time to respond to (1) Defendant Setai Owner LLC's ("Owner") Motion for More Definite Statement and Motion to Dismiss with Incorporated Memorandum of Law [D.E. 11] and (2) Defendant SMB Management LLC's ("SMB") Motion for More Definite Statement and Motion to Dismiss with Incorporated Memorandum of Law [D.E. 12] (collectively, the "Motions"), and in support states:

    1.    On May 2, 2012, GHM sued the Defendants in Florida state court. On May 23, 2012, Owner removed the case to this Court pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards [D.E. 1]. On May 25, 2012, GHM moved to remand the case to the Florida state court [D.E 4] and requested a hearing on the Motion to Remand [D.E. 6].

1

2. GHM's response to the Motions is currently due to be filed on June 18, 2012. GHM's response to the pending Motions depends almost entirely upon this Court's ruling on the Motion to Remand, which will determine the threshold issue of whether this case should be remanded to the Florida state court or whether this Court should hear this case.

3. Accordingly, GHM seeks an enlargement of time to respond to the Motions until ten (10) days following this Court's ruling on the pending Motion to Remand.

4. The granting of this request will preserve valuable judicial resources and save the parties a great deal of unneeded time and expense and will not affect the efficient and appropriate resolution of this action. GHM makes this motion in good faith and not for purposes of delay.

**WHEREFORE**, for the foregoing reasons, GHM respectfully requests an enlargement of time to respond to the Motions until ten (10) days following this Court's ruling on the pending Motion to Remand.

### Certification of S.D. Fla. L.R. 7.1(a)(3) Conference

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for GHM hereby certifies that he has conferred with counsel for SMB and Owner regarding the relief requested by this motion, and has been advised that SMB and Owner agrees to a 10-day enlargement of time to respond to the Motions but does not agree to the relief herein requested.

Respectfully submitted,

KOZYAK TROPIN & THROCKMORTON, P.A.
Counsel for Plaintiff
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Fax: (305) 372-3508

By: /s/ Kenneth R. Hartmann
Kenneth R. Hartmann
Florida Bar No. 664286
Daniel F. Benavides
Florida Bar No. 81675

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**S that a true and correct copy of the foregoing was efiled with the Clerk of Court and was electronically served by the Court June 14, 2012 to all parties on the attached service list.

By: /s/Kenneth R. Hartmann
Kenneth R. Hartmann
Florida Bar No. 664286
Daniel F. Benavides
Florida Bar No. 81675

## SERVICE LIST
### *GHM (South Beach LLC) v. Setai Owners LLC, et al.*
### CASE NO. 1:12-cv-21932-KMM/TORRES
### United States District Court, Southern District of Florida

Kenneth R. Hartmann, Esq. (Florida Bar No. 664286)
krh@kttlaw.com
Daniel F. Benavides, Esq. (Florida Bar No. 81675)
dfb@kttlaw.com
Douglas A. Wolfe, Esq. (Florida Bar No. 28671)
daw@kttlaw.com
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida  33134
Telephone:    (305) 372-1800
Facsimile:    (305) 372-3508
*Counsel for Plaintiff*
**[VIA CM/ECF]**

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida  33131-4327
Telephone:    (305) 373-1000
Facsimile:    (305) 372-1861
*Counsel for Defendants Setai Owners LLC and SMB Management LLC*
**[VIA CM/ECF]**

William A. Brewer, III
wab@bickelbrewer.com
James S. Renard
jsr@bickelbrewer.com
Jack G. Ternan
jgt@bickelbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone:    (214) 653-4000
Facsimile:    (214) 653-1015
*Counsel for Defendant Setais Owners LLC and SMB Management LLC*
**[VIA CM/ECF]**

4