UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21932-KMM/TORRES

GHM (SOUTH BEACH) LLC,

    Plaintiff,

v.

SETAI OWNERS LLC, TREVI LUXURY
HOSPITALITY GROUP, INC., and SMB
MANAGEMENT LLC,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT SETAI OWNER LLC'S MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO DISMISS [D.E. 11] AND DEFENDANT SMB MANAGEMENT LLC'S MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO DISMISS [D.E. 12]

**THIS CAUSE** came before the Court on the Plaintiff, GHM (South Beach) LLC's ("Plaintiff") Motion for Enlargement of Time to Respond to (1) Defendant Setai Owner LLC's Motion for More Definite Statement and Motion to Dismiss with Incorporated Memorandum of Law [D.E. 11] and (2) Defendant SMB Management LLC's Motion for More Definite Statement and Motion to Dismiss with Incorporated Memorandum of Law [D.E. 12] (the "Motion"). Upon due consideration of the Motion, and being otherwise fully advised of the premises, it is hereby **ORDERED and ADJUDGED** that:

    1.    The Motion is **GRANTED.**

    2.    GHM shall respond to (1) Defendant Setai Owner LLC's Motion for More Definite Statement and Motion to Dismiss with Incorporated Memorandum of Law [D.E. 11] and (2) Defendant SMB Management LLC's Motion for More Definite Statement and Motion to

Dismiss with Incorporated Memorandum of Law [D.E. 12] within ten (10) days following this Court's ruling on the pending Motion to Remand [D.E. 4].

**DONE and ORDERED** in Chambers at Miami-Dade County, Florida this ____ day of June, 2012.

_____
U.S. DISTRICT COURT JUDGE

Copies furnished to:
All counsel of record

3515/106/338442.1