

# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21932-KMM / TORRES

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

    Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

    Defendants.
_____/

## DECLARATION OF SCOTT BLAIR

1. My name is Scott Blair. I am fully competent and qualified in all respects to make this declaration. The facts set forth herein are true and correct and, unless otherwise qualified, are within my personal knowledge.

2. I am the Vice President of Finance of Trevi Hospitality Group, Inc. ("Trevi"). When Trevi became the manager for the Setai Resort & Residences (the "Hotel") on March 31, 2012, I served as the Hotel's interim Director of Finance. I understand that the prior Director of Finance at the Hotel was Moustapha Guimei.

3. When I first entered Mr. Guimei's former office, I observed that it was disorganized. In order to organize the materials that were on the desk, I briefly skimmed and highlighted the materials so that they could later be sorted by category for operational purposes. I do not remember the contents of those materials, and I never referred to them again.

4. It is my understanding that the Plaintiff in the above-captioned action, GHM (South Beach) LLC ("Plaintiff"), now asserts that some of those highlighted materials reflect its communications with counsel. I can neither confirm nor deny that allegation because I do not remember the contents of those documents. Nor do I have any way of ascertaining the truth of that allegation because those documents have since been turned over to Plaintiff's litigation counsel.

5. I do not recall reading any communications involving Mr. Guimei or Mr. Meier and an attorney for Plaintiff, and I am not aware of anyone else reading attorney-client communications between Plaintiff and its counsel.

6. Finally, I would never look at, let alone read, any documents that I knew or believed to constitute or reflect privileged attorney-client communications between Plaintiff and its counsel.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15 day of June, 2012.

_____
Scott Blair