

EXHIBIT 7

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,708,328

## United States Patent and Trademark Office

Registered Apr. 22, 2003

### SERVICE MARK
#### PRINCIPAL REGISTER

## GHM

GENERAL HOTEL MANAGEMENT, LTD. (BR.VIRGIN ISLANDS COMPANY)
P.O. BOX 71
CRAIGMUIR CHAMBERS
ROAD TOWN, TORTOLA, BR.VIRGIN ISLANDS

FOR: RESORT HOTELS AND LODGING SERVICES FOR OTHERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-30-1992; IN COMMERCE 12-31-1993.

SER. NO. 76-037,468, FILED 4-28-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY