# EXHIBIT 1



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                    Entity Name Search
Events              No Name History                                   Submit

## Detail by Entity Name

**Foreign Limited Liability Company**

GHM (SOUTH BEACH) LLC

### Filing Information

**Document Number** M04000004703
**FEI/EIN Number** 201814265
**Date Filed** 10/29/2004
**State** DE
**Status** ACTIVE
**Last Event** CANCEL ADM DISS/REV
**Event Date Filed** 08/30/2006
**Event Effective Date** NONE

### Principal Address

2001 COLLINS AVE
MIAMI BEACH FL 33139

Changed 04/16/2009

### Mailing Address

2001 COLLINS AVE
MIAMI BEACH FL 33139

Changed 04/16/2009

### Registered Agent Name & Address

CORPDIRECT AGENTS, INC.
515 EAST PARK AVENUE
TALLAHASSEE FL 32301 US

Name Changed: 08/24/2010

Address Changed: 08/24/2010

### Manager/Member Detail

**Name & Address**

Title MGRM

GHM (USA) LLC
1 ORCHARD SPRING LANE #04-02 TOURISM COURT
SINGAPORE SG 24772-9 SG

Title MGR

JENNI, HANS
1 ORCHARD SPRING LANE #04-02 TOURISM COURT
SINGAPORE SG 24772-9 SG

## Annual Reports

**Report Year**   **Filed Date**
2010   02/16/2010
2011   04/04/2011
2012   03/03/2012

## Document Images

| Document | |
|---|---|
| 03/03/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/04/2011 -- ANNUAL REPORT | View image in PDF format |
| 08/24/2010 -- Reg. Agent Change | View image in PDF format |
| 02/16/2010 -- ANNUAL REPORT | View image in PDF format |
| 10/20/2009 -- Reg. Agent Change | View image in PDF format |
| 08/28/2009 -- Reg. Agent Resignation | View image in PDF format |
| 04/16/2009 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2008 -- ANNUAL REPORT | View image in PDF format |
| 07/24/2007 -- ANNUAL REPORT | View image in PDF format |
| 08/30/2006 -- REINSTATEMENT | View image in PDF format |
| 12/18/2004 -- Amendment | View image in PDF format |
| 10/29/2004 -- Foreign Limited | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List   Next on List   Return To List     Entity Name Search
Events   **No Name History**     Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State