# EXHIBIT B

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 12-17427 CA 10

GHM (SOUTH BEACH) LLC,
a Delaware limited liability company,

    Plaintiff,

v.

SETAI OWNERS LLC,
a Delaware limited liability company,
TREVI LUXURY HOSPITALITY GROUP,
INC., a Texas corporation, and SMB MANGEMENT
LLC, a Florida limited liability company,

    Defendants.
_____/

## AFFIDAVIT OF CAMILLA MORK

I, Camilla Mork, being duly sworn, deposes and says as follows:

1. My name is Camilla Mork and I was the Catering Sales Manager of the Setai Resort & Residences (the "Hotel") from February 1, 2012 to May 2, 2012. I was employed by Trevi Luxury Hospitality Group, Inc. ("Trevi"), the new management company of the Hotel, following the ouster of GHM (South Beach) LLC ("GHM"), which occurred on March 31, 2012.

2. During my employment with Trevi, I was never given any company policies or new guidelines relating to operation of the Hotel. I also was not given any handbooks or other information regarding standard operating procedures. Instead, I was instructed to continue using the same operating procedures that were in place before March 31, 2012, which were the standard operating procedures used by GHM while it was managing the Hotel.

I have read and subscribed to the above and swear, under oath, that the information is true and correct. I understand that a false statement in this affidavit will subject me to penalties for perjury.

*Camilla Mork* (signed)

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Subscribed and sworn to before me this 22nd day of June, 2012.

*Lorena Fernandez* (signed)
Notary Public, Miami-Dade County

My Commission expires _____

> LORENA FERNANDEZ
> Notary Public - State of Florida
> My Comm. Expires Jun 17, 2014
> Commission # EE 2173
> Bonded Through National Notary Assn.

2