## EXHIBIT C

----- Reply message -----
From: "Devisha Khanna" <setairesidences@ghmamericas.com>
To: ███████████████████████
Subject: Power Shut Down on 11th April
Date: Tue, Apr 10, 2012 8:59 pm

Dear Resident,

It is a pleasure to have you staying with us here at The Setai.

Kindly be informed that we shall have to conduct an emergency repair to electrical breakers tomorrow, Wednesday April 11. Please note that during the hours of 2:00pm and 5:00pm, all Tower units, from floor 27 to 38, will have no electrical power.

Please kindly accept our sincerest apologies for the inconvenience this may cause,

and be assured that the issue will be addressed by our Engineering department during the time frame given.

We hope you enjoy the remainder of your stay, and look forward to welcoming you back in the near future.

Should you need any assistance please do not hesitate to contact Tower Services at extension number 6244.

Kindest Regards,

Ian Barbour

General Manager

DISCLAIMER: This e-mail message and any attachments are intended solely for the use of the individual or entity to which it is addressed and may contain information that is confidential or legally privileged. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and permanently delete this message and any attachments.

☐☐3 I4H<☐Q☐☐☐☐q☐0☐☐D☐☐5☐☐-