**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  1:12-cv-21932-KMM / TORRES**

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

      Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

      Defendants.
_____/

**DEFENDANTS SETAI OWNERS LLC AND SMB MANAGEMENT LLC'S
RESPONSE IN OPPOSITION TO PLAINTIFF'S
MOTION FOR ENLARGEMENT OF TIME**

Defendants Setai Owners LLC ("Owner") and SMB Management LLC ("SMB") file this Response in Opposition to Plaintiff's Motion for Enlargement of Time to Respond to Defendant Setai Owners LLC's Motion for More Definite Statement and Motion to Dismiss and Defendant SMB Management LLC's Motion for More Definite Statement and Motion to Dismiss (D.E. 22) (the "Motion"), as follows:

**I.**

**ARGUMENTS AND AUTHORITIES**

On May 30, 2012, Owner and SMB both filed Motions for More Definite Statement and Motions to Dismiss ("Motions to Dismiss").  Under Local Rule 7.1(c), the deadline for Plaintiff GHM (South Beach) LLC ("Plaintiff") to file a response to the Motions to Dismiss was June 18,

2012.  Plaintiff did not comply with that deadline.  Instead, Plaintiff filed the Motion seeking to delay responding to the Motions to Dismiss until 10 days after the Court rules on a Motion to Remand.  In the certificate of conference, Plaintiff notes that SMB and Owner agreed to a 10-day enlargement of time but not the indefinite request sought by Plaintiff.

Plaintiff offers no explanation as to why it should not be obligated to respond to the Motions to Dismiss other than stating in a conclusory fashion that "GHM's response to the pending Motions depends almost entirely upon this Court's ruling on the Motion to Remand." Plaintiff's claims lack merit in any forum, and Plaintiff does not even attempt to set forth how its response to the deficiencies in its claims would be affected by a remand to state court. Accordingly, Plaintiff has failed to show "good cause" entitling it to an extension of time, as required by Fed. R. Civ. P. 6(b)(1).

Moreover, Owner and SMB will be prejudiced by a delay in the briefing schedule.  The primary issues at stake in this case are properly the subject of a pending arbitration proceeding between Owner and Plaintiff.  The sooner that Plaintiff's ancillary claims are dismissed, the sooner this proceeding can be stayed in favor of the arbitration proceeding, which will relieve the parties of the burden of litigating the contract claims in two forums.

Further, Plaintiff refused to agree to the same type of indefinite delay for Defendants to respond to Plaintiff's motion to enjoin arbitration and Plaintiff's motion regarding alleged intellectual property concerns.  At that time, Plaintiff insisted that the remainder of the case proceed even while the motion to remand was pending.  Having taken that position when its own motions were at issue, Plaintiff should not be permitted to take the opposite position with respect to Defendants' motions.

Accordingly, while Defendants have no objection to a moderate extension of the deadline to respond to the Motions to Dismiss, Plaintiff should not be permitted to delay responding until after a ruling on the Motion to Remand.

## II.

## **CONCLUSION AND REQUEST FOR RELIEF**

For the foregoing reasons, Owner and SMB request that the Court enter an order: (1) denying Plaintiff's Motion; and (2) granting Owner and SMB such other relief to which they are entitled and which the Court deems just and proper.

Dated: June 28, 2012
   Miami, Florida

Respectfully submitted,

s/Elizabeth B. Honkonen
Richard H. Critchlow, Esq.
(Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq.
(Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard, Suite 1100
Miami, Florida  33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

- and -

William A. Brewer III
(admitted *pro hac vice*)
wab@bickelbrewer.com
James S. Renard
(admitted *pro hac vice*)
jsr@bickelbrewer.com
Jack G. B. Ternan
(admitted *pro hac vice*)
jgt@bickelbrewer.com
BICKEL & BREWER
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015

**COUNSEL FOR DEFENDANT SETAI OWNERS LLC AND SMB MANAGEMENT LLC**

## CERTIFICATE OF SERVICE

**I certify** that on June 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Elizabeth B. Honkonen

**SERVICE LIST**
*GHM (South Beach LLC) v. Setai Owners LLC, et al.*
**CASE NO. 1:12-cv-21932-KMM/TORRES**
**United States District Court, Southern District of Florida**

Kenneth R. Hartmann, Esq. (Florida Bar No. 664286)
krh@kttlaw.com
Daniel F. Benavides, Esq. (Florida Bar No. 81675)
dfb@kttlaw.com
Douglas A. Wolfe, Esq. (Florida Bar No. 28671)
daw@kttlaw.com
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
*Counsel for Plaintiff*
**[VIA CM/ECF]**

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Counsel for Defendants Setai Owners LLC, SMB Management LLC and Trevi Luxury Hospitality Group, Inc.*
**[VIA CM/ECF]**

William A. Brewer, III (admitted *pro hac vice*)
wab@bickelbrewer.com
James S. Renard (admitted *pro hac vice*)
jsr@bickelbrewer.com
Jack G. Ternan (admitted *pro hac vice*)
jgt@bickelbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015
*Counsel for Defendants Setai Owners LLC, SMB Management LLC and Trevi Luxury Hospitality Group, Inc.*
**[VIA CM/ECF]**