# EXHIBIT 1

12-cv-21932-KMM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 12-cv-21932-KMM

GHM (SOUTH BEACH) LLC,

    Plaintiff,

v.

SETAI OWNERS LLC, TREVI LUXURY
HOSPITALITY GROUP, INC., and SMB
MANAGEMENT LLC,

    Defendants.
_____/

## JOINT PROPOSED SCHEDULING ORDER

THIS CASE came before the Court on the parties' Joint Scheduling and Status Report. The Court has reviewed the Joint Scheduling and Status Report, and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that:

1. Pursuant to Rule 16.1(a) of the Local rules of the United States District Court of the Southern District of Florida, this case shall be assigned to the Complex Management Track.

2. Discovery shall not commence until 30 days after the "Discovery Start Date," which shall be:

**[Plaintiff's proposal for "Discovery Start Date:" Discovery to commence pursuant to the Federal Rules of Civil Procedure and Southern District Local Rules.]**

**[Defendants' proposal for "Discovery Start Date:" 30 days after the day on which the arbitration panel in the arbitration proceeding styled** *Setai Owners LLC v. General Hotel Management Ltd. and GHM (South Beach) LLC***, No. 18610/VRO, in**

12-cv-21932-KMM

**the International Court of Arbitration of the International Chamber of Commerce, rules on whether it has jurisdiction and whether the arbitration proceeding shall proceed.]**

**[Defendants' alternative proposal for "Discovery Start Date:" 30 days after the day on which the last Defendant files its answer and counterclaims]**

3. All fact discovery in this case shall be completed by twelve months after the Discovery Start Date, and expert discovery shall be completed three months thereafter.

4. All motions to add additional parties or amend pleadings shall, without further leave of Court for good cause shown, be filed no later than two months after the Discovery Start Date or six months after the date of this order, whichever is later.

5. All pretrial motions shall be filed by _____.

6. All pretrial motions shall be resolved by the Court by _____.

7. Use of the Manual on Complex Litigation is not appropriate or necessary in this case, although counsel for the parties will review the Manual to determine if particular aspects of the case might benefit from the use of the Manual.

8. A pretrial conference shall be held on _____.

9. The trial of this matter shall begin _____.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida, this ____ day of _____ 2012.

_____
THE HONORABLE K. MICHAEL MOORE
United States District Judge

Copies to:  All counsel of record.

339226.1/3515-106