**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

CASE NO. 12-cv-21932-KMM

GHM (SOUTH BEACH) LLC,

      Plaintiff,

v.

SETAI OWNERS LLC, TREVI LUXURY
HOSPITALITY GROUP, INC., and SMB
MANAGEMENT LLC,

      Defendants.

_____/

## NOTICE OF MEDIATOR SELECTION

Pursuant to this Court's Order of Referral to Mediation [D.E. 41], the Plaintiff, GHM

(South Beach) LLC, hereby gives notice that the parties have agreed to select the following

mediator in this matter:

| | |
|---|---|
| **Name of Mediator** | **Mark A. Buckstein** |
| **Address** | **2424 N. Federal Hwy, Suite 150** |
| **City, State, Zip Code** | **Boca Raton, Florida 33431** |
| **Telephone** | **(561) 417-6602** |

Dated August 24, 2012            Respectfully submitted,

                      KOZYAK TROPIN & THROCKMORTON, P.A.
                      Counsel for Plaintiff
                      2525 Ponce de Leon, 9th Floor
                      Coral Gables, Florida 33134
                      Telephone: (305) 372-1800
                      Fax: (305) 372-3508

                      By:____/s/ Daniel F. Benavides_____
                            Kenneth R. Hartmann
                            Florida Bar No. 664286
                            Daniel F. Benavides
                            Florida Bar No. 81675

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**S that a true and correct copy of the foregoing was efiled with the

Clerk of Court and was electronically served by the Court this 24th day of August, 2012 to all

parties on the attached service list.

By:  /s/Daniel F. Benavides_____
           Kenneth R. Hartmann
           Florida Bar No. 664286
           Daniel F. Benavides
           Florida Bar No. 81675

## SERVICE LIST

### *GHM (South Beach LLC) v. Setai Owners, LLC, et al.*
### CASE NO. 12-cv-21932-KMM
### United States District Court, Southern District of Florida

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritclow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
Kenny Nachwalter, P.A.
201 South Biscayne Blvd.
Suite 1100
Miami, FL  33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Counsel for Defendant Setai Owners LLC*

Willliam A. Brewer, III
wab@bickerbrewer.com
James S. Renard,
jsr@bickerbrewer.com
Jack G. Ternan
jgt@bickerbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015
*Counsel for Defendant Setai Owners LLC*

3515/106/339050.1