# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21932-KMM/TORRES

GHM (SOUTH BEACH) LLC,

    Plaintiff,

v.

SETAI OWNERS LLC, TREVI LUXURY
HOSPITALITY GROUP, INC., and SMB
MANAGEMENT LLC,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

**THIS CAUSE** came before the Court on the Plaintiff, GHM (South Beach) LLC's ("Plaintiff") Motion to Compel. Upon due consideration of the Motion, and being otherwise fully advised of the premises, it is hereby **ORDERED** that:

1. The Motion is **GRANTED.**

2. The Defendants, Setai Owners LLC, Trevi Luxury Hospitality Group, Inc. and SMB Management LLC, shall respond to Plaintiff's interrogatories, requests for admissions and requests for production of documents within 14 days, and

3. The witnesses subpoenaed by Plaintiff who are under the Defendants' control shall be produced for depositions within 14 days.

**DONE and ORDERED** in Chambers at Miami-Dade County, Florida this ____ day of August, 2012.

                                        _____
                                        Edwin G. Torres
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

                                        3515-106/340124.1