UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 12-cv-21932-KMM

GHM (SOUTH BEACH) LLC,

    Plaintiff,

v.

SETAI OWNERS LLC, TREVI LUXURY
HOSPITALITY GROUP, INC., and SMB
MANAGEMENT LLC,

    Defendants.
_____/

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT
BEFORE MAGISTRATE JUDGE ON ITS MOTION TO COMPEL DISCOVERY**

Plaintiff, GHM (South Beach) LLC, pursuant to Local Rule 7.1(b)(1), requests oral argument via teleconference or in-person on its Motion to Compel Discovery (D.E. 44). Pursuant to this Court's Order Referring Pretrial Discovery Matters (D.E. 7), the Plaintiff requests oral argument before the Magistrate Judge. Plaintiff respectfully suggests that oral argument may assist the Court in understanding the background of this litigation and why discovery must proceed. A total of 30 minutes should be sufficient for both sides to present their argument. Plaintiff respectfully requests the Motion be set for oral argument as soon as practical on any date and time that is convenient for the Court.

Respectfully submitted,

        KOZYAK TROPIN & THROCKMORTON, P.A.
        Counsel for Plaintiff
        2525 Ponce de Leon, 9th Floor
        Coral Gables, Florida 33134
        Telephone: (305) 372-1800/Fax: (305) 372-3508

By:\_\_\_\_\_/s/ Douglas A. Wolfe_____
    Kenneth R. Hartmann
    Florida Bar No. 664286
    Daniel F. Benavides
    Florida Bar No. 81675
    Douglas A. Wolfe
    Florida Bar No. 28671

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**S that a true and correct copy of the foregoing was efiled with the Clerk of Court and was electronically served by the Court this 24th of August, 2012 to all parties on the attached service list.

By: /s/Douglas A. Wolfe _____
    Kenneth R. Hartmann
    Florida Bar No. 664286
    Daniel F. Benavides
    Florida Bar No. 81675
    Douglas A. Wolfe
    Florida Bar No. 28671

3515/106/338064.1

## SERVICE LIST

*GHM (South Beach LLC) v. Setai Owners, LLC, et al.*
**CASE NO. 12-cv-21932-KMM**
**United States District Court, Southern District of Florida**

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritclow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
Kenny Nachwalter, P.A.
201 South Biscayne Blvd.
Suite 1100
Miami, FL  33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Counsel for Defendant Setai Owners LLC*

Willliam A. Brewer, III
wab@bickerbrewer.com
James S. Renard,
jsr@bickerbrewer.com
Jack G. Ternan
jgt@bickerbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015
*Counsel for Defendant Setai Owners LLC*