# EXHIBIT A

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  1:12-cv-21932-KMM/TORRES**

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

    Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

    Defendants.

_____/

**ORDER GRANTING DEFENDANTS' *UNOPPOSED* MOTION
FOR RULE 16(a) PRETRIAL CONFERENCE**

THIS CAUSE came before the Court on Defendants' Unopposed Motion for Rule 16(a) Pretrial Conference filed August 31, 2012 (the "Motion").  This Court having considered the Motion and being otherwise duly advised, it is

ORDERED that the Motion is GRANTED.  The Court shall hold a Pretrial Conference to address case management issues on _____ \_\_, 2012, at \_\_\_\_\_ a.m./p.m. in Courtroom 13-1 of the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128.

DONE AND ORDERED in Chambers, Miami, Florida, this \_\_\_\_ day of _____, 2012.

 

_____
THE HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
*All counsel of record*