UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 12-cv-21932-KMM

GHM (SOUTH BEACH) LLC,

    Plaintiff,
v.

SETAI OWNERS LLC, TREVI LUXURY
HOSPITALITY GROUP, INC., and SMB
MANAGEMENT LLC,

    Defendants.
_____/

**RESPONSE TO DEFENDANTS' "UNOPPOSED" MOTION FOR
RULE 16(a) PRETRIAL CONFERENCE [D.E. 47]**

Plaintiff, GHM (South Beach) LLC ("GHM" or "Plaintiff"), files this Response to Defendants' "Unopposed" Motion for Rule 16(a) Pretrial Conference [D.E. 47] (the "Motion"), and states:

1. Plaintiff advised Defendants' counsel that it would not oppose a short and simple request for a pretrial conference. GHM does not oppose a pretrial conference, and will gladly attend any pretrial conference scheduled by this Court.

2. However, Plaintiff was surprised to see a 5+ page Motion filed by the Defendants unnecessarily contains several false and prejudicial allegations against GHM.[1] Because the Motion was titled as an "unopposed" motion, GHM is compelled to clarify, for the record, that it denies these allegations.

---

[1] For example, the Defendants allege that GHM filed the present lawsuit in state court "in an effort to avoid its arbitration obligation" and further imply that the GHM served discovery requests to take advantage of the Defendants' self-imposed "Catch-22." GHM maintains that this case is not arbitrable and, therefore, should be remanded to State Court. *See* GHM's Motion to Remand [D.E. 4]. However, until further order of this Court, GHM must prepare for trial in this Court. It cannot simply ignore this Court's Scheduling Order and the Federal Rules of Civil Procedure.

3. GHM further opposes the Defendants' briefing and argument in support of the pending Motion to Remand [D.E. 4] and pending Motion to Stay [D.E.42], which is completely irrelevant to the relief requested in the Motion for a pretrial conference. The parties' arguments and authorities with respect to these other motions should be separately considered.

Respectfully submitted,

KOZYAK TROPIN & THROCKMORTON, P.A.
Counsel for Plaintiff
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Fax: (305) 372-3508

By:____/s/ Daniel F. Benavides_____
    Kenneth R. Hartmann
    Florida Bar No. 664286
    Daniel F. Benavides
    Florida Bar No. 81675

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was e-filed with the Clerk of Court and was electronically served by the Court this 4th day of September, 2012 to all parties on the attached service list.

By:_/s/Daniel F. Benavides_____
    Kenneth R. Hartmann
    Florida Bar No. 664286
    Daniel F. Benavides
    Florida Bar No. 81675

## **SERVICE LIST**

*GHM (South Beach LLC) v. Setai Owners, LLC, et al.*
**CASE NO. 12-cv-21932-KMM**
**United States District Court, Southern District of Florida**

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritclow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
Kenny Nachwalter, P.A.
201 South Biscayne Blvd.
Suite 1100
Miami, FL  33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Counsel for Defendant Setai Owners LLC*

Willliam A. Brewer, III
wab@bickerbrewer.com
James S. Renard,
jsr@bickerbrewer.com
Jack G. Ternan
jgt@bickerbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015
*Counsel for Defendant Setai Owners LLC*

3515/106/340116.1