## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:12-cv-21932-KMM/TORRES

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

    Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

    Defendants.

_____/

### DEFENDANTS' REPLY IN SUPPORT OF THEIR
### *UNOPPOSED* MOTION FOR RULE 16(a) PRETRIAL CONFERENCE

Defendants Setai Owners LLC, SMB Management LLC, and Trevi Luxury Hospitality Group, Inc. hereby file this Reply in support of their *Unopposed* Motion for Rule 16(a) Pretrial Conference [D.E. 47]:

As set forth in Plaintiff's response [D.E. 48] to Defendants' Motion, Plaintiff does not oppose Defendants' request for a pretrial conference to address case management issues.

Accordingly, Defendants respectfully request a pretrial conference in order to assist the parties in resolving the various outstanding issues that could expedite disposition of the action prior to engaging in extensive discovery, establish control over the management of the case, and discourage wasteful pretrial activities.

Respectfully submitted,

| | |
|---|---|
| s/Elizabeth B. Honkonen | William A. Brewer, III (admitted *pro hac vice*) |
| Richard H. Critchlow (Fla. Bar No. 155227) | wab@bickelbrewer.com |
| rcritchlow@knpa.com | James S. Renard (admitted *pro hac vice*) |
| Elizabeth B. Honkonen (Fla. Bar No. 149403) | jsr@bickelbrewer.com |
| ehonkonen@knpa.com | Jack G. B. Ternan (admitted *pro hac vice*) |
| **KENNY NACHWALTER, P.A.** | jgt@bickelbrewer.com |
| 201 South Biscayne Boulevard, Suite 1100 | **BICKEL & BREWER** |
| Miami, Florida  33131-4327 | 4800 Comerica Bank Tower |
| Telephone:     (305) 373-1000 | 1717 Main Street |
| Facsimile:     (305) 372-1861 | Dallas, Texas  75201 |
| | Telephone:    (214) 653-4000 |
| | Facsimile:    (214) 653-1015 |

*Counsel for Defendants Setai Owners, LLC,*
*SMB Management LLC, and Trevi Luxury Hospitality Group, Inc.*

### CERTIFICATE OF SERVICE

**I certify** that on September 5, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Elizabeth B. Honkonen

## SERVICE LIST
*GHM (South Beach LLC) v. Setai Owners LLC, et al.*
**CASE NO. 1:12-cv-21932-KMM/TORRES**
**United States District Court, Southern District of Florida**

Kenneth R. Hartmann, Esq. (Florida Bar No. 664286)
krh@kttlaw.com
Daniel F. Benavides, Esq. (Florida Bar No. 81675)
dfb@kttlaw.com
Douglas A. Wolfe, Esq. (Florida Bar No. 28671)
daw@kttlaw.com
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida  33134
Telephone:     (305) 372-1800
Facsimile:     (305) 372-3508
*Counsel for Plaintiff*
**[VIA CM/ECF]**

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida  33131-4327
Telephone:     (305) 373-1000
Facsimile:     (305) 372-1861
*Counsel for Defendants Setai Owners LLC, SMB Management LLC and Trevi Luxury Hospitality Group, Inc.*
**[VIA CM/ECF]**

William A. Brewer, III (admitted *pro hac vice*)
wab@bickelbrewer.com
James S. Renard (admitted *pro hac vice*)
jsr@bickelbrewer.com
Jack G. Ternan (admitted *pro hac vice*)
jgt@bickelbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone:     (214) 653-4000
Facsimile:     (214) 653-1015
*Counsel for Defendants Setai Owners LLC, SMB Management LLC and Trevi Luxury Hospitality Group, Inc.*
**[VIA CM/ECF]**