UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 12-cv-21932-KMM

GHM (SOUTH BEACH) LLC,

    Plaintiff,

v.

SETAI OWNERS LLC, TREVI LUXURY
HOSPITALITY GROUP, INC., and SMB
MANAGEMENT LLC,

    Defendants.

_____/

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

GHM (South Beach) LLC, which is a non-governmental corporate party, certifies:

1.     GHM (South Beach) LLC is a wholly owned subsidiary of GHM (USA) LLC.

2.     There is no publicly held corporation that owns 10% or more of the stock of any of the above referenced entities.

    Respectfully submitted,

    KOZYAK TROPIN & THROCKMORTON, P.A.
    Counsel for Plaintiff
    2525 Ponce de Leon, 9th Floor
    Coral Gables, Florida 33134
    Telephone: (305) 372-1800
    Fax: (305) 372-3508

    By:____/s/ Daniel F. Benavides_____
        Kenneth R. Hartmann
        Florida Bar No. 664286
        Daniel F. Benavides
        Florida Bar No. 81675

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing has been filed with the Clerk of the Court using CM/ECF and served via transmission of Notices of Electronic Filing generated by CM/ECF this 7th day of September 2012.

>By: /s/Daniel F. Benavides
>Kenneth R. Hartmann
>Florida Bar No. 664286
>Daniel F. Benavides
>Florida Bar No. 81675

3515-106/340460.1