UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 12-cv-21932-KMM/TORRES

GHM (SOUTH BEACH) LLC, a Delaware
Limited liability company,

    Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

    Defendants.
_____/

### NOTICE OF FINAL DECISION

Plaintiff, GHM (South Beach) LLC, on behalf of the parties, hereby gives notice pursuant to this Court's Order dated September 20, 2012 (D.E. 55) of a final award being issued by the arbitration panel. A copy of the Final Award is attached hereto as Exhibit "A."

Respectfully submitted,

KOZYAK TROPIN & THROCKMORTON, P.A.
Counsel for Plaintiff
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Fax: (305) 372-3508


By:____/s/Kenneth R. Hartmann_____
    Kenneth R. Hartmann
    Florida Bar No. 664286
    Daniel F. Benavides
    Florida Bar No. 81675

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed this 20th day of June, 2014 with the Clerk of Court and was electronically served on counsel of record to all parties on the attached service list.

By: /s/Kenneth R. Hartmann
Kenneth R. Hartmann
Florida Bar No. 664286
Daniel F. Benavides
Florida Bar No. 81675

3515/106/354823.1

## SERVICE LIST

*GHM (South Beach LLC) v. Setai Owners, LLC, et al.*
**CASE NO. 12-cv-21932-KMM**
**United States District Court, Southern District of Florida**

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritclow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
Kenny Nachwalter, P.A.
201 South Biscayne Blvd.
Suite 1100
Miami, FL  33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Counsel for Defendant Setai Owners LLC*

Willliam A. Brewer, III
wab@bickerbrewer.com
James S. Renard,
jsr@bickerbrewer.com
Jack G. Ternan
jgt@bickerbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015
*Counsel for Defendant Setai Owners LLC*

3515/106/354823.1