UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 12-cv-21932-KMM/TORRES

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

    Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

    Defendants.
_____/

**PETITION TO CONFIRM FINAL ARBITRAL AWARD
AND MOTION TO REMAND REMAINING CLAIMS TO STATE COURT**

    Plaintiff, GHM (SOUTH BEACH) LLC ("GHM") petitions this Court for confirmation of a final international arbitral award (*See Exhibit "A"*) and for entry of final judgment in its favor and against Setai Owners LLC ("Owner"). GHM also requests the remaining case be remanded to state court to proceed against defendants not participating in the arbitration.

**BACKGROUND**

    Owner is the primary owner of the Setai Resort & Residences (the "Hotel") located in Miami Beach, Florida. On March 20, 2000, Owner and General Hotel Management, Ltd., a British Virgin Islands company with its principal place of business in Singapore, entered into an agreement for the management of the Hotel (the "Management Agreement"). (DE 55) The Management Agreement contains an arbitration provision, which states:

> This Agreement shall be governed and interpreted in accordance with the laws of the State of Florida and the United States of