UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cv-21932-KMM/TORRES

GHM (SOUTH BEACH) LLC, a Delaware
Limited liability company,

    Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF STRIKING DOCKET ENTRY NO. 57
DUE TO CLERICAL EROR DURING ELECTRONIC FILING**

    Counsel for Plaintiff, GHM (South Beach) LLC, inadvertently attached an incorrect document to Docket Entry No. 57. Plaintiff re-filed the correct document under Docket Entry 58, therefore, Plaintiff hereby gives notice that Docket Entry No. 57 may be stricken.

    Respectfully submitted,

    KOZYAK TROPIN & THROCKMORTON, P.A.
    Counsel for Plaintiff
    2525 Ponce de Leon, 9th Floor
    Coral Gables, Florida 33134
    Telephone: (305) 372-1800
    Fax: (305) 372-3508

    By:   /s/Kenneth R. Hartmann_____
        Kenneth R. Hartmann
        Florida Bar No. 664286
        Douglas A. Wolfe
        Florida Bar No. 28671
        Daniel F. Benavides
        Florida Bar No. 81675

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed this 23rd day of June, 2014 with the Clerk of Court and was electronically served via ECF on counsel of record to all parties on the attached service list.

By: /s/Kenneth R. Hartmann
Kenneth R. Hartmann
Florida Bar No. 664286
Daniel F. Benavides
Florida Bar No. 81675

3515/106/354823.1

## SERVICE LIST

*GHM (South Beach LLC) v. Setai Owners, LLC, et al.*
**CASE NO. 12-cv-21932-KMM**
**United States District Court, Southern District of Florida**

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritclow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
Kenny Nachwalter, P.A.
201 South Biscayne Blvd.
Suite 1100
Miami, FL  33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Counsel for Defendant Setai Owners LLC*

Willliam A. Brewer, III
wab@bickerbrewer.com
James S. Renard,
jsr@bickerbrewer.com
Jack G. Ternan
jgt@bickerbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015
*Counsel for Defendant Setai Owners LLC*

3515/106/354886.1