UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21932-KMM/TORRES

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

      Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

      Defendants.
_____/

**DEFENDANTS'** *UNOPPOSED* **MOTION FOR 14-DAY ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S PETITION TO CONFIRM FINAL ARBITRAL AWARD AND MOTION TO REMAND REMAINING CLAIMS TO STATE COURT [DE 58]**

Pursuant to and in accordance with Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1(a)(3), Defendants Setai Owners LLC ("Owner"), SMB Management LLC ("SMB"), and Trevi Luxury Hospitality Group, Inc. (together, "Defendants") hereby seek an enlargement of time of fourteen (14) days to respond to Plaintiff's Petition to Confirm Arbitral Award and Motion to Remand Remaining Claims to State Court (the "Petition and Motion to Remand") [DE 58], and in support state:

1. On March 31, 2012, Owner initiated an arbitration in the International Court of Arbitration of the International Chamber of Commerce (the "ICC"). On May 2, 2012, Plaintiff sued Owner and SMB in Florida state court, and, on May 7, 2012, Plaintiff filed its Motion to Enjoin Use and Compel Return of Documents. On May 23, 2012, Owner removed the case to this Court pursuant to 9 U.S.C. §§ 202, 203 and 205 and 28 U.S.C. §§ 1331, 1441, and 1446 [DE

1], and Plaintiff first moved to remand the case on May 25, 2012 [DE 4].  The Court denied Plaintiff's first motion to remand on September 20, 2013.  [DE 55].

2. The Owner and Plaintiff proceeded to arbitrate their claims and, on June 12, 2014, the ICC arbitral panel issued its award (the "Award").  [DE 56 at Ex. A].

3. On June 20, 2014, Plaintiff filed the Petition and Motion to Remand in this Court. [DE 58].

4. Pursuant to S.D. Fla. L.R. 7.2, Defendants' responses to the Petition and Motion to Remand are due to be filed on Thursday, July 10, 2014.

5. In the weeks since the ICC arbitral panel issued the Award, the parties have engaged in serious discussions aimed to resolving this litigation in its entirety.  Although the parties are working diligently and cooperatively to do so, the process is not yet complete.

6. Accordingly, in order to allow the parties the opportunity to fully resolve and/or narrow the issues that may remain in this case, Defendants seek a 14-day enlargement of time, to July 24, 2014, to respond to the Petition and Motion to Remand.

7. The granting of this request will not affect the efficient and appropriate resolution of this action and will not prejudice any party.  Defendants make this motion in good faith and not for purposes of delay.

WHEREFORE, for the foregoing reasons, Defendants respectfully request an enlargement of time of 14 days, until and including July 24, 2014, to respond to Plaintiff's Petition and Motion to Remand.  A proposed order is attached hereto as Exhibit A.

**Certification of S.D. Fla. L.R. 7.1(a)(3) Conference**

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Defendants hereby certifies that counsel for Plaintiff has advised that Plaintiff does not oppose the requested 14-day enlargement of time to respond to Plaintiff's Petition and Motion to Remand.

Dated: July 8, 2014　　　　　　　　　　　Respectfully submitted,
　　　　　Miami, Florida

　　　　　　　　　　　　　　　　　　　　s/Elizabeth B. Honkonen
　　　　　　　　　　　　　　　　　　　　Richard H. Critchlow, Esq. (Florida Bar No. 155227)
　　　　　　　　　　　　　　　　　　　　rcritchlow@knpa.com
　　　　　　　　　　　　　　　　　　　　Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
　　　　　　　　　　　　　　　　　　　　ehonkonen@knpa.com
　　　　　　　　　　　　　　　　　　　　KENNY NACHWALTER, P.A.
　　　　　　　　　　　　　　　　　　　　201 South Biscayne Boulevard
　　　　　　　　　　　　　　　　　　　　Suite 1100
　　　　　　　　　　　　　　　　　　　　Miami, Florida  33131-4327
　　　　　　　　　　　　　　　　　　　　Telephone:　　(305) 373-1000
　　　　　　　　　　　　　　　　　　　　Facsimile:　　(305) 372-1861

　　　　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　　　William A. Brewer, III
　　　　　　　　　　　　　　　　　　　　wab@bickelbrewer.com
　　　　　　　　　　　　　　　　　　　　James S. Renard
　　　　　　　　　　　　　　　　　　　　jsr@bickelbrewer.com
　　　　　　　　　　　　　　　　　　　　Jack G. Ternan
　　　　　　　　　　　　　　　　　　　　jgt@bickelbrewer.com
　　　　　　　　　　　　　　　　　　　　BICKEL & BREWER
　　　　　　　　　　　　　　　　　　　　4800 Comerica Bank Tower
　　　　　　　　　　　　　　　　　　　　1717 Main Street
　　　　　　　　　　　　　　　　　　　　Dallas, Texas  75201
　　　　　　　　　　　　　　　　　　　　Telephone:　　(214) 653-4000
　　　　　　　　　　　　　　　　　　　　Facsimile:　　(214) 653-1015

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Setai Owners LLC, Trevi Luxury Hospitality Group, Inc., and SMB Management LLC*

## **CERTIFICATE OF SERVICE**

**I certify** that on July 8, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Elizabeth B. Honkonen

## SERVICE LIST
*GHM (South Beach LLC) v. Setai Owners LLC, et al.*
**CASE NO. 1:12-cv-21932-KMM/TORRES**
**United States District Court, Southern District of Florida**

Kenneth R. Hartmann, Esq. (Florida Bar No. 664286)
krh@kttlaw.com
Daniel F. Benavides, Esq. (Florida Bar No. 81675)
dfb@kttlaw.com
Douglas A. Wolfe, Esq. (Florida Bar No. 28671)
daw@kttlaw.com
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida  33134
Telephone:     (305) 372-1800
Facsimile:      (305) 372-3508
*Counsel for Plaintiff*
**[VIA CM/ECF]**

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida  33131-4327
Telephone:     (305) 373-1000
Facsimile:      (305) 372-1861
*Counsel for Defendants*
**[VIA CM/ECF]**

William A. Brewer, III (admitted *pro hac vice*)
wab@bickelbrewer.com
James S. Renard (admitted *pro hac vice*)
jsr@bickelbrewer.com
Jack G. Ternan (admitted *pro hac vice*)
jgt@bickelbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone:     (214) 653-4000
Facsimile:      (214) 653-1015
*Counsel for Defendants*
**[VIA CM/ECF]**