# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21932-KMM/TORRES

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

    Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

    Defendants.
_____/

ORDER GRANTING
DEFENDANTS' *UNOPPOSED* MOTION FOR 14-DAY ENLARGEMENT OF TIME TO
RESPOND TO PLAINTIFF'S PETITION TO CONFIRM FINAL ARBITRAL AWARD
AND MOTION TO REMAND REMAINING CLAIMS TO STATE COURT

**THIS CAUSE** is before the Court on Defendants' *Unopposed* Motion for 14-Day Enlargement of Time to Respond to Plaintiff's Petition to Confirm Arbitral Award and Motion to Remand Remaining Claims to State Court (the "Petition and Motion to Remand") [DE 58]. The Court having considered Defendants' Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1.    Defendants' Motion is hereby **GRANTED**.

2. Defendants shall have until and including July 24, 2014, to respond to Plaintiff's Petition and Motion to Remand.

**DONE AND ORDERED** in chambers in Miami-Dade County, Florida, this _____ day of July, 2014.

_____
HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to all counsel of record