**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:12-cv-21932-KMM/TORRES**

GHM (SOUTH BEACH) LLC, a Delaware
limited liability company,

    Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

    Defendants.
_____/

**DEFENDANTS'** *UNOPPOSED* **MOTION FOR 2-DAY ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S PETITION TO CONFIRM FINAL ARBITRAL AWARD AND MOTION TO REMAND REMAINING CLAIMS TO STATE COURT [DE 58]**

Pursuant to and in accordance with Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1(a)(3), Defendants Setai Owners LLC ("Owner"), SMB Management LLC ("SMB"), and Trevi Luxury Hospitality Group, Inc. (together, "Defendants") hereby seek an enlargement of time of two (2) days to respond to Plaintiff's Petition to Confirm Arbitral Award and Motion to Remand Remaining Claims to State Court (the "Petition and Motion to Remand") [DE 58], and in support state:

    1.    On March 31, 2012, Owner initiated an arbitration in the International Court of Arbitration of the International Chamber of Commerce (the "ICC"). On May 2, 2012, Plaintiff sued Owner and SMB in Florida state court, and, on May 7, 2012, Plaintiff filed its Motion to Enjoin Use and Compel Return of Documents. On May 23, 2012, Owner removed the case to

this Court pursuant to 9 U.S.C. §§ 202, 203 and 205 and 28 U.S.C. §§ 1331, 1441, and 1446 [DE 1], and Plaintiff first moved to remand the case on May 25, 2012 [DE 4]. The Court denied Plaintiff's first motion to remand on September 20, 2013. [DE 55].

2. The Owner and Plaintiff proceeded to arbitrate their claims and, on June 12, 2014, the ICC arbitral panel issued its award (the "Award"). [DE 56 at Ex. A].

3. On June 20, 2014, Plaintiff filed the Petition and Motion to Remand in this Court. [DE 58].

4. On July 8, 2014, Defendants filed an Unopposed Motion for Extension of Time to Respond to Plaintiff's Petition to Confirm Final Arbitral Award and Motion to Remand Remaining Claims to State Court [DE 60]. Pursuant to an order dated July 9, 2014, Defendants' responses to the Petition and Motion to Remand are due to be filed on Thursday, July 24, 2014 [DE 61].

5. The parties have engaged in serious discussions aimed to resolving this litigation in its entirety. While the parties are close to executing an agreement, the process is not yet complete.

6. Accordingly, in order to allow the parties the opportunity to complete a settlement, Defendants seek a 2-day enlargement of time, to Monday, July 28, 2014, to respond to the Petition and Motion to Remand.

7. The granting of this request will not affect the efficient and appropriate resolution of this action and will not prejudice any party. Defendants make this motion in good faith and not for purposes of delay.

2

WHEREFORE, for the foregoing reasons, Defendants respectfully request an enlargement of time of 2 days, until and including July 28, 2014, to respond to Plaintiff's Petition and Motion to Remand. A proposed order is attached hereto as Exhibit A.

**Certification of S.D. Fla. L.R. 7.1(a)(3) Conference**

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Defendants hereby certifies that counsel for Plaintiff has advised that Plaintiff does not oppose the requested 2-day enlargement of time to respond to Plaintiff's Petition and Motion to Remand.

Dated: July 24, 2014
      Miami, Florida

Respectfully submitted,

s/Elizabeth B. Honkonen
Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida  33131-4327
Telephone:     (305) 373-1000
Facsimile:     (305) 372-1861

- and -

William A. Brewer, III
wab@bickelbrewer.com
James S. Renard
jsr@bickelbrewer.com
Jack G. Ternan
jgt@bickelbrewer.com
BICKEL & BREWER
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone:     (214) 653-4000
Facsimile:     (214) 653-1015

*Counsel for Defendants Setai Owners LLC, Trevi Luxury Hospitality Group, Inc., and SMB Management LLC*

4

**CERTIFICATE OF SERVICE**
*GHM (South Beach LLC) v. Setai Owners LLC, et al.*
**CASE NO. 1:12-cv-21932-KMM/TORRES**
**United States District Court, Southern District of Florida**

Kenneth R. Hartmann, Esq. (Florida Bar No. 664286)
krh@kttlaw.com
Daniel F. Benavides, Esq. (Florida Bar No. 81675)
dfb@kttlaw.com
Douglas A. Wolfe, Esq. (Florida Bar No. 28671)
daw@kttlaw.com
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida  33134
Telephone:    (305) 372-1800
Facsimile:     (305) 372-3508
*Counsel for Plaintiff*
**[VIA CM/ECF]**

Richard H. Critchlow, Esq. (Florida Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen, Esq. (Florida Bar No. 149403)
ehonkonen@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida  33131-4327
Telephone:    (305) 373-1000
Facsimile:     (305) 372-1861
*Counsel for Defendants*
**[VIA CM/ECF]**

William A. Brewer, III (admitted *pro hac vice*)
wab@bickelbrewer.com
James S. Renard (admitted *pro hac vice*)
jsr@bickelbrewer.com
Jack G. Ternan (admitted *pro hac vice*)
jgt@bickelbrewer.com
Bickel & Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone:    (214) 653-4000
Facsimile:     (214) 653-1015
*Counsel for Defendants*
**[VIA CM/ECF]**

5318271.2
2159-02