UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cv-21932-KMM/TORRES

GHM (SOUTH BEACH) LLC, a Delaware
Limited liability company,

      Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

      Defendants.
_____/

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, GHM (SOUTH BEACH) LLC, and Defendants, SETAI OWNERS LLC, TREVI LUXURY HOSPITALITY GROUP, INC., and SMB MANAGEMENT LLC (collectively referred to as the "Parties"), by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(2) and the Confidential Settlement Agreement of the Parties, hereby move that this case, including, but not limited to all claims, counterclaims and third-party claims that were raised in this case, be dismissed with prejudice, the Parties to bear their own attorneys' fees and costs in connection with this matter. The Parties request that the Court enter the attached proposed Order granting this Motion and dismissing this case with prejudice reserving jurisdiction to enforce the terms of the Parties' settlement agreement.

Respectfully submitted this 31st day of July, 2014.

Respectfully submitted,

KOZYAK TROPIN & THROCKMORTON, P.A.
*Counsel for Plaintiff*
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Fax: (305) 372-3508

By:____/s/Kenneth R. Hartmann_____
　　　　Kenneth R. Hartmann
　　　　Florida Bar No. 664286
　　　　Douglas A. Wolfe
　　　　Florida Bar No. 28671
　　　　Daniel F. Benavides
　　　　Florida Bar No. 81675


KENNY NACHWALTER, P.A.
*Counsel for Defendants*
201 South Biscayne Blvd.
Suite 1100
Miami, FL  33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

By: ____/s/Elizabeth B. Honkonen_____
　　　　Richard H. Critchlow, Esq.
　　　　Florida Bar No. 155227
　　　　Elizabeth B. Honkonen, Esq.
　　　　Florida Bar No. 149403

　　　　William A. Brewer, III
　　　　wab@bickerbrewer.com
　　　　James S. Renard,
　　　　jsr@bickerbrewer.com
　　　　Jack G. Ternan
　　　　jgt@bickerbrewer.com
　　　　Bickel & Brewer
　　　　4800 Comerica Bank Tower
　　　　1717 Main Street
　　　　Dallas, Texas  75201
　　　　Telephone: (214) 653-4000
　　　　Facsimile: (214) 653-1015

3

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed this 31st day of July, 2014 with the Clerk of Court and was electronically served via ECF on counsel of record.

        By: /s/Kenneth R. Hartmann
            Kenneth R. Hartmann
            Florida Bar No. 664286
            Daniel F. Benavides
            Florida Bar No. 81675

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cv-21932-KMM/TORRES

GHM (SOUTH BEACH) LLC, a Delaware
Limited liability company,

      Plaintiff,

v.

SETAI OWNERS LLC, a Delaware limited
liability company, TREVI LUXURY
HOSPITALITY GROUP, INC., a Texas
corporation, and SMB MANAGEMENT
LLC, a Florida limited liability company,

      Defendants.

_____/

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

**THIS MATTER** has come before the Court upon the parties' Joint Motion to Dismiss with Prejudice (the "Motion"). The Court having reviewed the Motion, and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is GRANTED. This case, including, but not limited to all claims, counterclaims and third party claims that were raised are hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees in connection with this matter. The Court reserves jurisdiction to enforce the terms of the parties' settlement agreement.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida this ____ day of August, 2014.

                                                            HON. K. MICHAEL MOORE
                                                            UNITED STATES DISTRICT COURT JUDGE

cc:    All counsel of record.